IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01318-DDD-SKC

TOBIN BEREZNAK,

    Plaintiff,

v.

ARROW ELECTRONICS, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting Recommendation and Granting Motion to Dismiss [Docket No. 33] of United States District Judge Daniel D. Domenico entered on September 20, 2024, it is

    ORDERED that the Motion to Dismiss [Docket No. 13] is granted.  It is further

    ORDERED that the Recommendation of Judge O'Hara [Docket No. 29] is accepted and adopted.  It is further

    ORDERED that Plaintiff's claims are dismissed with prejudice.  It is further

    ORDERED that judgment shall enter in favor of Defendant and against Plaintiff.  It is further

    ORDERED that Defendant is awarded its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

    ORDERED that this case is closed.

Dated: September 23, 2024.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ S. Grimm
    Deputy Clerk